**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH, | Case No. 2:11-cv-00842-DMG-JCG |
| Plaintiff, | |
| v. | ORDER RE: DISMISSAL [11] |
| JONG JIN SUH, et al., | |
| Defendants. | |
| _____/ | |

Upon consideration of the parties' Joint Stipulation for Dismissal and good cause appearing therefor, this Court ORDERS the above-entitled action dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear their respective legal fees, litigation expenses and costs (except as may otherwise have been agreed upon by the parties).

As the stipulation represents that the parties have agreed in writing that this Court shall retain jurisdiction of this case for a period of five (5) years, for purposes of addressing and/or resolving issues which may arise in connection with the

//

//

1 | settlement of the case, this Court shall retain jurisdiction of this case for a period of
2 | five (5) years from the date of this Order solely for that purpose.
3 |     IT IS SO ORDERED.

Dated: June 2, 2011

*[signature]*
DOLLY M. GEE
United States District Judge

[Proposed] Order re: Dismissal      - 2 -      *Rush v. Jong Jin Suh, et al.*
Case No. 2:11-cv-00842-DMG-JCG